FILED

2016 JUL 19 AM 11:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. **CR 16 00 95** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [42 U.S.C. § 1320a-7b(b)(2)(A): Illegal Remunerations for Health Care Referrals] |
| RANDALL J. JETT, aka "Randy Jett," | |
| Defendant. | |

The United States Attorney charges:

[42 U.S.C. § 1320a-7b(b)(2)(A)]

On or about August 28, 2014, in Orange County, within the Central District of California, defendant RANDALL J. JETT, also known as "Randy Jett," knowingly and willfully offered to pay remuneration, that is, money, to Dr. M.R., DPM, to refer an individual, namely, P.P., to a person for the furnishing, or arranging for the

///

///

///

///

1  furnishing, of an item and service for which payment may be made in

2  whole and in part under a federal health care program, namely,

3  Tricare.

4

5                              EILEEN M. DECKER
                              United States Attorney
6

7

8                              LAWRENCE S. MIDDLETON
                              Assistant United States Attorney
9                              Chief, Criminal Division

10                             GEORGE S. CARDONA
                              Assistant United States Attorney
11                             Chief, Major Frauds Section

12                             STEPHEN A. CAZARES
                              Assistant United States Attorney
13                             Deputy Chief, Major Frauds Section

14                             MARK AVEIS
                              PAUL G. STERN
15                             Assistant United States Attorneys
                              Major Frauds Section
16

17

18

19

20

21

22

23

24

25

26

27

28