# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number: SACR 16 00 95
U.S.A. v. Randall Jett

Defendant Number: 1
Year of Birth: 1946

- [ ] Indictment
- [✓] Information

Investigative agency (FBI, DEA, etc.): FBI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
- [ ] Class A Misdemeanor
- [ ] Minor Offense
- [ ] Petty Offense
- [ ] Class B Misdemeanor
- [ ] Class C Misdemeanor
- [✓] Felony

b. Date of Offense: OOA August 28, 2014

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
- [ ] Los Angeles
- [ ] Ventura
- [✓] Orange
- [ ] Santa Barbara
- [ ] Riverside
- [ ] San Luis Obispo
- [ ] San Bernardino
- [ ] Other

Citation of Offense: 42 U.S.C. Sec. 1320a-7(b)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- [✓] No
- [ ] Yes

IF YES Case Number: ____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** ____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: June 20, 2016
Case Number: SA16-322-M
Charging: 42 U.S.C. Sec. 1320a-7(b)

The complaint:
- [✓] is still pending
- [ ] was dismissed on: ____

## PREVIOUS COUNSEL

Was defendant previously represented?
- [ ] No
- [✓] Yes

IF YES, provide, Name: Jesse Gessin, DFD
Phone Number: ____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
- [ ] Yes*
- [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**
- [ ] Yes
- [✓] No

This is the ____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: ____
Case Number: ____
The superseded case:
- [ ] is still pending before Judge/Magistrate Judge ____
- [ ] was previously dismissed on ____

Are there 8 or more defendants in the superseding case?
- [ ] Yes*
- [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
- [ ] Yes*
- [ ] No



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   [ ] YES   [✓] NO
IF YES, list language and/or dialect: ____

**OTHER**
[✓] Male         [ ] Female
[✓] U.S. Citizen [ ] Alien
Alias Name(s): ____

This defendant is charged in:   [✓] All counts
[ ] Only counts: ____
[ ] This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
[ ] This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   [ ] Yes   [✓] No
IF YES, should matter be sealed?   [ ] Yes   [ ] No

The area of substantive law that will be involved in this case includes:
[ ] financial institution fraud   [ ] public corruption
[ ] government fraud             [ ] tax offenses
[ ] environmental issues         [ ] mail/wire fraud
[ ] narcotics offenses           [ ] immigration offenses
[ ] violent crimes/firearms      [ ] corporate fraud
[✓] Other   health care fraud

**CUSTODY STATUS**

Defendant **is not** in custody:
a. Date and time of arrest on complaint: June 21, 2016, 7 a.m.
b. Posted bond at complaint level on: June 21, 2016
   in the amount of $ 25,000
c. PSA supervision?   [✓] Yes   [ ] No
d. Is on bail or release from another district:
   n/a

Defendant is **in** custody:
a. Place of incarceration:   [ ] State   [ ] Federal
b. Name of Institution: ____
c. If Federal: U.S. Marshal's Registration Number: ____
d. [ ] Solely on this charge. Date and time of arrest: ____
e. On another conviction:   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   [ ] Writ of Issue
f. Awaiting trial on other charges::   [ ] Yes   [ ] No
   IF YES:   [ ] State   [ ] Federal   AND
   Name of Court: ____
Date transferred to federal custody: ____
This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ___ 20   ___ 21   ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: ____

Date   07/19/2016

Signature of Assistant U.S. Attorney
Mark Aveis
Print Name